IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–01172–EWN–CBS

NAMGYAL TSERING,

    Plaintiff/Petitioner,

v.

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
("ICE");
CARL ZABAT, Detention and Removal Supervisor, ICE,
Aurora, Colorado;
JOHN LONGSHORE, Director of the Detention and
Removal Field Office, ICE, Denver, Colorado;
MICHAEL CHERTOFF, Secretary of Department of
Homeland Security ("DHS"); and
MICHAEL B. MUKASEY, Attorney General,

    Defendants/Respondents.

---

# ORDER

---

    This matter comes before the court on Petitioner's "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (#3, filed June 4, 2008). Petitioner's motion recites that the plaintiff was deported in the early morning hours of June 4, 2008, thus mooting his motion. Therefore it is

    **ORDERED** as follows:

    1.    Petitioner's motion (#3) is MOOT.

    2.    This case is DISMISSED without prejudice.

Dated this 4th day of June, 2008.

                BY THE COURT:

                <u>s/ Edward W. Nottingham</u>
                EDWARD W. NOTTINGHAM
                Chief United States District Judge