IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–01172–EWN–CBS

NAMGYAL TSERING,

    Plaintiff/Petitioner,

v.

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT ("ICE");
CARL ZABAT, Detention and Removal Supervisor, ICE, Aurora, Colorado;
JOHN LONGSHORE, Director of the Detention and Removal Field Office, ICE, Denver, Colorado;
MICHAEL CHERTOFF, Secretary of Department of Homeland Security ("DHS"); and
MICHAEL B. MUKASEY, Attorney General,

    Defendants/Respondents.

---

# ORDER

---

This case comes before the court on Petitioner's motion (#6) to reconsider its order dismissing his case without prejudice, as moot. The court, having reviewed the motion and response, continues to be of the view that the case is moot and that any further relief must be sought from the court of appeals. The motion is DENIED.

    **SO ORDERED**.

Dated this 22nd day of July, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge